Concur — Murphy, P. J., Sandler, Carro and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEDERICO GONZALEZ, Appellant. 

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Asch, Fein, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WILLIAMS, Appellant. 

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Carro, Bloom, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY SANTIAGO, Appellant. 

Defendant stood trial on an indictment charging him with the intentional murder of Richard Klyvert, committed by stabbing the deceased in the chest with a knife. At trial defendant interposed a defense of justification. The testimony at trial conflicted as to who initiated the struggle between defendant and the deceased and as to some of the details of the fight. There was also testimony introduced that the deceased had a known reputation for violence. Defendant himself so testified, stating that he was aware of the deceased's boast that he could kill with his bare hands. Suffice it to say, then, that the justification issue, including the critical element of defendant's state of mind, was of central importance in this case, requiring that the court carefully and correctly instruct the jury as to the elements of that defense. The charge given here, however, was patently incorrect and under these facts constitutes reversible error.